UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Jorge Corrias Hidalgo,<br><br>*Petitioner*,<br><br>v.<br><br>Davery Mooneyham, *Warden of the Limestone County Detention Center*, et al.,<br><br>*Respondents*. | No. 6:26-cv-153-CRW |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Jorge Corrias Hidalgo's petition for writ of habeas corpus (Dkt. No. 1), filed on March 10, 2026. On March 12, 2026, this Court entered an order for the respondents to show cause as to why the petition should not be granted. Dkt. No. 3. Federal Respondents filed their response on March 16, 2026. Dkt. No. 4. Petitioner filed a reply in support on March 23, 2026. Dkt. No. 5. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's petition for writ of habeas corpus should be denied.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). Therefore, the Court finds that Petitioner is lawfully detained under § 1225. *See id.*; *see also Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D. Tex. Oct. 14, 2026).

The Fifth Circuit further rejected Petitioner's due-process arguments in *Sosnava Rodriguez v. Vergara*, No. 26-50183 (5th Cir. Oct. 23, 2026) (*en banc*). This Court has likewise denied similar requests for habeas relief on due-process grounds. *See Salas Rivera*. Under the Fifth Circuit's precedent, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

So ordered on November 16, 2026, 2026.

Chris Wolfe
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE